138 P.3d 754

# SUPREME COURT OF HAWAI'I

**July 11, 2006**

| 27567 | McKeague, In re | Affirmed |

**July 13, 2006**

| 24990 | Batangan v. First Hawaiian Bank | Affirmed |
| 25292 | House of Finance, Inc. v. Financial Solutions Ins. Services, Inc. | Affirmed |
| 27310 | State v. Molina | Affirmed |

**July 25, 2006**

| 25469 | State v. Yokotsuji | Affirmed |